**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **FRANCISCO GALLEGOS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-372-KC** |
| | § | |
| **EL PASO POLICE DEPARTMENT,** | § | |
| **et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On this day, the Court considered the case. On February 5, 2026, the Court referred Plaintiff's Motion to Proceed In Forma Pauperis ("IFP") to United States Magistrate Judge Robert F. Castañeda pursuant to 28 U.S.C. § 636(b). Feb. 5, 2026, Text Order. On February 17, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 2, granting Plaintiff's IFP Motion, but recommending that Plaintiff's claims be dismissed without prejudice due to lack of subject matter jurisdiction.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] The Clerk of Court mailed the R&R to Plaintiff on February 17, 2026, via certified mail. Feb. 17, 2026, Certified Mailing, ECF No. 4. The United States Postal Service ("USPS") attempted delivery, but the order has now been returned to the Court as undeliverable.[2] *See* Returned Certified

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

[2] *See* USPS Tracking,
https://tools.usps.com/go/TrackConfirmAction_input?origTrackNum=9589071052703495031532.

Mailing, ECF No. 5.  It is Plaintiff's obligation to check his mail and stay apprised of developments in his case.[3]  Twenty-nine days have elapsed since the R&R was sent to Plaintiff, and he has not filed objections.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation.  *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law.  *See id.* at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 2, in its entirety, and **ORDERS** that Plaintiff's claims are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED this 18th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

---

[3] Moreover, the R&R has been publicly available on PACER since it was entered on February 17, 2026.

2